| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | DAVID W. SPENCER<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |



FILED
AUG 0 6 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | REQUEST TO UN-SEAL SEARCH WARRANTS; [PROPOSED] ORDER |
|---|---|
| 4410 N. Pershing Avenue, #C-24, Stockton, California 95207 | 2:19-SW-0422-AC |
| 1139 Parma Road, Stockton, California 95206 | 2:19-SW-0423-AC |
| 2518 Briarcliff Drive, Stockton, California 95206 | 2:19-SW-0424-AC |
| 723 Bedlow Drive, Stockton, California 95210 | 2:19-SW-0425-AC |
| 32 W. Willow Street, Stockton, California 95202 | 2:19-SW-0426-AC |
| 1011 Rosemarie Lane, Apartment #109, Stockton, California 95207 | 2:19-SW-0427-AC |
| 4420 Janell Lane, Stockton, California 95206 | 2:19-SW-0428-AC |
| A 2004 blue DODGE DURANGO bearing California license plate 5HAY528 | 2:19-SW-0429-AC |
| Silver 2014 Buick LaCrosse, bearing California license plate 8ECW699 | 2:19-SW-0430-AC |
| 4410 N. Pershing Avenue, #C-25, Stockton, California 95207 | 2:19-SW-0431-AC |
| 2229 Royal Street, Stockton, California 95210 | 2:19-SW-0432-AC |
| Kadrena Latrice WATTS | 2:19-SW-0433-AC |
| Alexander Deavonte WELCH | 2:19-SW-0435-AC |

MOTION TO UN-SEAL; [PROPOSED] ORDER

**REQUEST TO UNSEAL**

The search warrants in the above-captioned matters were executed on May 16, 2019, and there is no need for the search warrants or their affidavits to remain under seal. Accordingly, the United States requests that the above-captioned matters be unsealed.

Dated: August 6, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ David Spencer
DAVID W. SPENCER
Assistant United States Attorney

### [PROPOSED] ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: 08-06-19

The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE